IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
DEC 21 2017
Clerk, U.S. District Court
By:_____Deputy Clerk

AARON J. HECHT )
24432 235th ST. )
McLOUTH, KS 66054 )
(Enter above the full name of the Plaintiff(s) )
)
vs. )   Case Number 17-4118-DDC-TJJ
)
INTERNAL REVENUE SERVICE )
Name )
_____ )
Street and number )
_____ )
City       State       ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

# CIVIL COMPLAINT

I.  Parties to this civil action:

  (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

  A.  Name of plaintiff AARON J. HECHT
      Address 24432 235th ST.
      McLOUTH, KS 66054

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _INTERNAL REVENUE SERVICE_ is

employed at _____

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
   1. Plaintiff is a citizen of the State of _____.
   2. The first-named defendant above is either
      a. a citizen of the State of _____; or
      b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either
      a. a citizen of the State of _____; or
      b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

☐ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

FEEL LIKE IRS APPEAL WAS UNFAIR IN ITS DETERMINATION OF MY CASE

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) A JUDGEMENT IN FAVOR OF PAYING THE REFUND

3

_____

_____

_____

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI.  Do you claim actual damages for the acts alleged in your complaint?
     Yes ☐   No ☒

VII. Do you claim punitive monetary damages?  Yes ☐   No ☒

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_____

_____

_____

_____

_____

4

VIII. Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒ No ☐

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

JULY OF 2016, EXAMINED BY AN APPEALS OFFICER AND DENIED CLAIM

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

AARON J. HECHT
Name (Print or Type)

24432 235 ST.
Address

5

<u>  McLouth    KS     66054  </u>
    City      State    Zip Code

<u>  913-727-5080  </u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☒ Topeka }, Kansas as the
(Select One)

location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☒ No }
(Select One)

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)